Decided January 13, 2004

REYNALDO RAMOS ET AL. *v.* BENITO
RAMOS, JR., ET AL.

The petition by the plaintiff Wilson Ramirez for certification for appeal from the Appellate Court, 80 Conn. App. 276 (AC 23455), is denied.

*Hugh D. Hughes, William F. Gallagher, Brian M. Flood* and *Garrett Moore,* in support of the petition.

*William J. Melley III,* in opposition.

Decided January 13, 2004